No. 98–267. HOEINGS, AKA HOINS, ET AL. v. ADAMS COUNTY ET AL. Sup. Ct. Neb. Certiorari denied.

No. 98–269. DAVIS ET AL. v. UNITED STATES FIDELITY & GUARANTY CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–271. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET AL. v. INDIANA GAS CO., INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–273. BERG v. KOZLOFF. Sup. Ct. Pa. Certiorari denied.

No. 98–274. TYLER v. CHILES, GOVERNOR OF FLORIDA, ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–278. KIRWAN ET AL. v. CIGNA SETTLING DEFEND-ANTS. C. A. 7th Cir. Certiorari denied.

No. 98–280. LANE, CONSERVATOR OF THE ESTATE OF JAMERSON v. CITY AND COUNTY OF SAN FRANCISCO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–282. TAMAGNI ET AL. v. TAX APPEALS TRIBUNAL OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 98–287. SHANKLIN v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 98–293. FAVIS v. NAPA STATE HOSPITAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–294. FLESCH v. WRANOSKY. Ct. App. Wis. Certiorari denied.

No. 98–297. NAPLETON, NOT INDIVIDUALLY, BUT AS TRUSTEE UNDER THE KATHERINE R. NAPLETON REVOCABLE SELF-DECLARATION OF TRUST DATED OCTOBER 1, 1992 v. GENERAL MOTORS CORP. C. A. 7th Cir. Certiorari denied.